UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

MILWAUKEE ELECTRIC TOOL
CORPORATION,

                    Plaintiff,

   -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT

               Defendants.

———————————————————————— x

26-cv-3253 (CM)

**ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING
ORDER AND SETTING SCHEDULE FOR BRIFING ON A MOTION FOR A
PRELIMINARY INJUNCTION**

McMahon, J.:

Plaintiff Milwaukee Electric Tool Corporation's motion for an *ex parte* temporary

restraining order is DENIED.

Plaintiff's motion for leave to file under seal is DENIED AS MOOT.

Service of the summons, complaint and plaintiff's motion for a preliminary injunction must

be accomplished before the court can set a briefing schedule for the motion for a preliminary

injunction. Plaintiff has not yet made a proper motion for alternative service; if alternative service

is sought Plaintiff needs to move. If Plaintiff is able to serve any defendant in this district –

including serving the motion papers on any attorney who is known to represent any defendant –

service must be accomplished by 5 PM on Thursday, April 30, 2026. When service issues are

worked out, Defendants will have seven business days to serve papers in response to the motion

1

for a preliminary injunction. Plaintiff will have two business days to file a reply. The motion will be heard on submission unless the court orders otherwise .

Sufficient cause having been shown, Plaintiff is entitled to certain expedited financial discovery. Within five (5) days of receipt of service of this Order, (i) Amazon, (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc ("Payoneer"), (iv) Ping Pong Global Solutions Inc ("Ping Pong"), (v) Coinbase Global, Inc ("Coinbase"), and (vi) eBay (collectively, the "Financial Institutions") shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control):

a. Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution.

b. Any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint.

c. Information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

The Clerk of Court is respectfully requested to remove the motions at Dkt. Nos. 7 and 8 from the Court's list of open motions.

This constitutes the decision and order of the Court. It is a written decision.

Dated: April 27, 2026

_____
U.S.D.J.

2