UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A TO THE COMPLAINT,

        Defendants.

Civil Action No. 26-cv-3253



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2026

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR**

**LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ELECTRONIC SERVICE**

Plaintiff's motion for leave to conduct expedited discovery and electronic service is granted and Ordered as follows:

**Expedited Discovery**

1.     As sufficient cause has been shown, within seven (7) business days of receipt of service of this Order, the Financial Institutions such as (i) Amazon, (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc ("Payoneer"), (iv) Ping Pong Global Solutions Inc ("Ping Pong"), (v) Coinbase Global, Inc ("Coinbase"), and (vi) eBay (collectively referred to as the "Financial Institutions") shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control):

    a.    Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses).

1

## Service by Electronic Mail and/or Electronic Publication

2.      Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, that service of this Order, Complaint and motion for preliminary injunction and supporting documents, may be made on, and shall be deemed effective as to Defendants if it is completed by the following means:

Delivery of: (i) PDF copies of this Order together with the Complaint, motion for preliminary injunction, and other supporting documents; (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Complaint, and all papers filed in support of Plaintiff's motion for preliminary injunction to Defendants' e-mail addresses as provided by the Financial Institutions or to the Financial Institutions if the Financial Institutions are unable to provide e-mail addresses.

May 5, 2026

_____
UNITED STATES DISTRICT JUDGE

2