Case 1:26-cv-03253-CM Document 47 Filed 10/30/26 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

v.

NEUTRAWEAR, et al.,

Defendants.

Civil Action No. 26-cv-3253

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO ADJOURN INITIAL PRETRIAL CONFERENCE SINE DIE AND HOLD CIVIL CASE MANAGEMENT PLAN IN ABEYANCE**

Upon consideration of Plaintiff Milwaukee Electric Tool Corporation's Motion to Adjourn the Initial Pretrial Conference Sine Die and to Hold the Civil Case Management Plan in Abeyance, dated October 30, 2026, and the record in this action, it is hereby

**ORDERED** that the Initial Pretrial Conference scheduled for November 5, 2026, at 10:00 a.m. is ADJOURNED SINE DIE; and it is further

**ORDERED** that the parties' obligation to confer, complete, sign, and file a Civil Case Management Plan under the Court's October 6, 2026 Order (ECF No. 37) is HELD IN ABEYANCE until further order of the Court; and it is further

**ORDERED** that Plaintiff shall promptly notify the Court of any appearance by a Defendant in this action, and, within thirty (30) days of any such appearance, confer with that Defendant's counsel, as applicable, and submit a Civil Case Management Plan.

**SO ORDERED.**

Dated: New York, New York

2 Nov, 2026

Hon. Colleen McMahon

United States District Judge