UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x

MILWAUKEE ELECTRIC TOOL CORPORATION,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

Defendants.

X

26 Cv. 3253 (CM)

NOTICE TO COUNSEL

McMahon, J.:

The Court is considering Milwaukee's motion to deem service effectuated on the defendants. Dkt. 39.

Service of a summons is necessary to commence a lawsuit and bring a defendant before the court. *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-51 (1999).

As I read Milwaukee's papers, they appear to state that Milwaukee gave the defendants notice of the lawsuit and of the motion for a preliminary injunction by emailing a copy of a "link" containing those documents to each defendant on July 17, 2026, which was before any summons had issued. Dkt. 36. After the Clerk of Court issued the summons on August 3, 2026, Milwaukee states that on August 6, 2026, it updated the link that had previously been emailed to the defendants to add the summons. Dkt. 38. The proof of service on the court's docket sheet does not clearly state whether or when Milwaukee emailed the updated link (the one containing the all-important

summons) to the defendants; it says only that on August 6, 2026, the Summons was uploaded to a URL previously provided to the defendants. Dkt. 38, ¶ 6. A possibly contradictory statement appears in Milwaukee's memorandum of law in support of its motion to deem service effectuated, *see* Dkt. 40 at 3; but for the court's purposes it is the proof of service that must indicate clearly when and how service was made – not a document filed in support of a motion.

By 5 PM tomorrow, November 13, 2026, Milwaukee is ordered to provide the court with proof of service *as to each defendant*, and to do so *on the docket sheet*, at which point I can adjudicate the pending motion.

Dated: November 12, 2026

U.S.D.J.

BY ECF TO COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/26